

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-01091-CV

JUDITH KING, INDIVIDUALLY AND AS INDEPENDENT EXECUTOR OF THE
ESTATE OF KENNETH KING, Appellants

V.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE,
ON BEHALF OF THE OWNERS OF ACCREDITED MORTGAGE LOAN TRUST
2004-4 ASSET BACKED NOTES, BY ITS ATTORNEY-IN-FACT AND SERVICER-
IN-FACT, SELECT PORTFOLIO SERVICING, INC., Appellee

Appeal from the 281st District Court of Harris County.  (Tr. Ct. No. 2012-36457).

**TO THE 281ST DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 18th day of August 2015, the case upon appeal to revise
or to reverse your judgment was determined.  This Court made its order in these words:

> This case is an appeal from the final judgment signed
> by the trial court on October 3, 2013.  After submitting the
> case on the appellate record and the arguments properly
> raised by the parties, the Court holds that the trial court
> lacked subject-matter jurisdiction over the case.  Accordingly,
> the Court **vacates** the trial court's judgment and **dismisses** the
> case.

The Court **orders** that the appellee, Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the Owners of Accredited Mortgage Loan Trust 2004-4 Asset Backed Notes, by its Attorney-in-Fact and Servicer-in-Fact, Select Portfolio Servicing, Inc., pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 18, 2015.

Panel consists of Justices Jennings, Higley, and Huddle. Opinion delivered by Justice Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

October 30, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

